OLD NICK WILLIAMS CO. v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. January 2, 1908.) No. 709. In Error to the District Court of the United States for the Western District of North Carolina, at Greensboro. Charles A. Moore, E. T. Cansler, William P. Bynum, Jr., and J.

E. Alexander, for plaintiff in error. A. E. Holton, U. S. Atty. No opinion. Writ of certiorari of Supreme Court of the United States produced, and cause transmitted to the Supreme Court. See 152 Fed. 925, 82 C. C. A. 73.